



FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXANTE FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY RENE McCOWEN, an individual,<br><br>Defendant. | Case No.  **SACV08-00114 DOC (ANx)**<br>Assigned to:<br><br>**ORDER TO SHOW CAUSE**<br><br>Hearing Date: re:Preliminary Injunction<br>February 11, 2008<br>8:30 a.m.<br>Courtroom 9-D |

Having considered Plaintiff's Application for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, and Plaintiff's Memorandum of Points and Authorities in Support of Its Application for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, along with the supporting Declaration of Angelique Hill, and having granted Plaintiff's Application for a Temporary Restraining Order and Expedited Discovery, the Court, pursuant to Local Rule 65-1, hereby **ORDERS** Defendant Kelly McCowen to show cause why a preliminary injunction (1) prohibiting her from diverting Exante's claims payments to her personal bank accounts, (2) prohibiting her from depleting the assets of her personal bank account issued by MetaBank and/or

Concord EFS, Inc. (account no. \*\*\*\*\*\*\*\*\*\*\*\*4283), (3) prohibiting her from expending any of the funds that were diverted from Exante to her personal bank account, even if those funds have been transferred to other accounts or are being held in any other place, (4) prohibiting her from transferring any assets, stocks, bonds or other securities to any other person or entity that were purchased with the funds that were diverted from Exante to her personal bank account, or expending any funds that are derived from those assets, stocks, bonds or other securities, and (5) requiring her to identify any and all of her bank accounts, disclose any and all assets, and account for the location and/or disposition of all amounts diverted from Exante to her personal bank account, should not issue.

The Court further **ORDERS** that Plaintiff shall schedule a hearing on its application for a preliminary injunction pursuant to Local Rule 6-1.

Dated: February 1, 2008            _David O. Carter_
                                   United States District Court Judge

ORDER TO SHOW CAUSE