1  John S. Baker (State Bar No. 144073)
   Zachary A. Bulthuis (State Bar No. 223825)
2  DORSEY & WHITNEY LLP
   38 Technology Drive, Suite 100
3  Irvine, CA  92618-5310
   Telephone:  (949) 932-3600
4  Facsimile:  (949) 932-3601
   baker.john@dorsey.com
5  bulthuis.zach@dorsey.com

6  Christopher T. Shaheen
   Bryan C. Keane
7  DORSEY & WHITNEY LLP
   50 South Sixth Street, Suite 1500
8  Minneapolis, MN  55402
   Telephone:  (612) 340-2600
9  Facsimile:  (612) 340-8800

10 Attorneys for Plaintiff
   EXANTE FINANCIAL SERVICES, INC.

11

**JS-6**

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15 EXANTE FINANCIAL SERVICES,         **Case No.  SACV08-00114 DOC (ANx)**
16 INC., a Delaware corporation,

17                        Plaintiff,     **DEFAULT JUDGMENT**
18 vs.                                   **F.R.C.P. 55(b)(2)**

19

20 KELLY RENE McCOWEN, an
21 individual,

22                        Defendant.

23

24

25        The Clerk of this Court having entered a Default on the summons and

26 complaint properly served on Defendant Kelly Rene McCowen, and Plaintiff

27 Exante Financial Service, Inc. ("Exante") having requested this Court to enter a

28 Default Judgment as provided in the Federal Rules of Civil Procedure and the

Local Rules, and Exante having submitted the required documentation for the entry of Default Judgment:

Now, therefore, a Default Judgment as against McCowen is hereby entered in favor of Exante as follows:

1.      Exante shall recover from McCowen damages in the amount of $1,000,465.73.

2.      Exante shall recover from McCowen costs in the amount of $350.00.

Dated:  September 30, 2008          By:  _David O. Carter_____
                                              DISTRICT COURT JUDGE

DEFAULT JUDGMENT
Case No.  SACV08-00114 DOC (ANx)